**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**MAR 2 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS PRESSLEY                   :
1309 Wallach Place, N.W.          :
Washington, D.C. 20009            :
                                  : Civil Action No:_____
            Plaintiff             :
            v.                    :

Arletha R. Foster                 :     Case: 1:08-cv-00536
Assessor of Revenue               :     Assigned To : Collyer, Rosemary M.
941 North Capitol Street, NE      :     Assign. Date : 3/28/2008
Washington, D.C. 20002            :     Description: Pro Se General Civil

            Defendant

<u>COMPLAINT</u>

My home was purchased in August of 1956 for the price of $10,000. In the tax year of October 1975, I paid $96.50, new note was $66.48, Exhibit One (1), December 7, 1992. Exhibit Two (2), Docket # 5520-92, in-house scam, no man can place his value on my property, read line six (6), I live up to that, see Exhibit Three (3); leaky roof, Exhibit Four (4). In 1994, tax sold, total $1,641.42. Tell me how the tax can be higher than the value of the house. Exhibit Five (5) money paid, 5-5 paid also 5-6 and 5-7. Please check Exhibit Six (6). Can you call this fair? On my assessment is -0- as you shall see in #7. Appraiser, John W. Christmas 7/13/98, upper-right hand corner, special assessments $ -0- Exhibit Eight (8). I want everyone to see what is going on behind the scene. Exhibit nine (9), May 17, 2005, reply from the Mayor Anthony Williams. Exhibit 10 (ten) July 27, 2005, reply from Ward 4 Councilman, Adrian M. Fenty. Exhibit 11 (eleven), August 3, 2005, the second reply from the Mayor, Anthony Williams. Do you see what has taken place?

1

We will not be in this City in the next 10 years, look on Exhibit Twelve (12)? Exhibit A: August 30, 2006, letter from Thomas Pressley to the Honorable Anthony Williams, a copy of this letter was sent to Mr. Daniel Black as we will see Exhibit B. September seventh (7), 2006. It never took place. He promised to get back with me but he didn't. Exhibit BBA, also Exhibit EE, I filed a complaint against Arletha R. Foster in February. An unknown, not named person dismissed the complaint to a "so-called Tax Division". By your tax standards, you are abridging my right to own property in this City and it must stop.

Please see Exhibit CC. You will not tax me out of a place to live, not in my country, my house that I call home is paid for and I will not let you cam me out of it.

I am requesting $15,000.00 in damages because Ms. Arletha R. Foster and the unknown, not named person abused their powers by inflicting a high amount of taxes on my property (which exceeded my ability to pay on my income from Social Security).

They threatened to confiscate my property and sell it. I have seen what has happened to houses such as mine; property that has not been improved for a long time. These neighborhoods, on a broad scale, which used to be condemned, are no longer condemned. However, the taxes on these houses are raised so high that the individuals cannot afford to pay them. Then these houses are confiscated; they are gutted out and everything is put into the dumpster (I

have pictures of such examples), which render the property useless as a home; having only the value of a vacant lot.

I am a 78 year-old man. This has caused me enormous distress because it would render me homeless, with no place to live, even though I have a house that is fully paid for. I would be forced to live on the streets of Washington, D.C. as a homeless person.

This is extremely unfair. I have served my country faithfully for two full years and I am a Two Bronze Star Veteran of the Korean War. I expect deserve and expect better from my government, whom I served faithfully and without complaint when drafted; I did my duty and was awarded honors for doing so faithfully and honorably.

I am asking for a trial by jury for my complaint.

The amount of money I am requesting is $15,000.00, which is a very small amount considering what is being threatened to be taken from me, in punitive damages.

Respectfully submitted

THOMAS PRESSLEY
1309 Wallach Place, N.W.
Washington, D.C. 20009
(202) 483-5236

## Jefferson Federal Savings

AND LOAN ASSOCIATION 1680 K STREET N.W. WASHINGTON, D.C. 20006

| ACCOUNT NO. | TAXES PAID |   | PRINCIPAL AND INTEREST |   | MONTHLY TAX INSTALMENT |   | MONTHLY INS. INSTALMENT |   | C NEW MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 1-16747-8 | 96.50 |   | 47.04 | + | 16.08 | + | 3.36 | = | 66.48 |

TAX ESCROW DEFICIENCY
SEE ATTACHED SLIP

NONE

### NOTICE OF CHANGE IN PAYMENT
#### DUE TO TAXES

| E → DATE | NEW MONTHLY PAYMENT EFFECTIVE | F → |
|---|---|---|
|   | 10/01/75 |   |

THE AMOUNT IN BOX C IS YOUR NEW
MONTHLY PAYMENT EFFECTIVE WITH
DATE SHOWN IN BOX E.

TAX INCREASES ARE CONTROLLED BY LOCAL
GOVERNMENT TAXING AUTHORITY.

### NOTICE OF CHANGE IN PAYMENT DUE TO TAXES

PROPERTY
OWNER(S)
AND
MAILING
ADDRESS

THOMAS PRESSLEY
& HENRIETTA PRESSLEY
1309 WALLACH PL NW
WASHINGTON D C 20009

→ EXHIBIT-A

---

★★★

GOVERNMENT OF THE DISTRICT OF COLUMBIA - DEPARTMENT OF FINANCE AND REVENUE
## NOTICE OF PROPOSED REAL PROPERTY ASSESSMENT FOR TAX YEAR 1990

1990 REAL PROPERTY TAX YEAR IS JULY 1, 1989 TO JUNE 30, 1990

★★★

| SQUARE | SUFFIX | LOT | NOTICE DATE |   | ASSESSED VALUE TAX YEAR 1989 | CHANGE IN VALUE | | PROPOSED ASSESSED VALUE TAX YEAR 1990 |
|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   | AMOUNT | PERCENT | |
| 0237 | 0167 | 40 | 03/01/89 |   |   |   |   | |
|   |   |   | LAND | 26,019 | 4,994 | 19.0 | 30,963 |

PROPERTY ADDRESS
1309 WALLACH PL      NW

|   |   | BUILDING | 32,809 | 6,233 | 19.0 | 39,042 |
|---|---|---|---|---|---|---|

NEIGHBORHOOD CODE:    40

|   |   | TOTAL | 58,828 | 11,177 | 19.0 | 70,005 |
|---|---|---|---|---|---|---|

TYPE OF PROPERTY:  011 RESIDENTIAL ROW

CURRENT TAX CLASS:    1

REASON FOR CHANGE:      ANNUAL REVALUATION

H & T PRESSLEY

1309 WALLACH PL NW
WASHINGTON          DC          20009

THIS IS NOT A TAX BILL

IMPORTANT INFORMATION ON REVERSE SIDE

FR-151 (Rev. 10/88)

08 0536 30

## FILED

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Customer
Service
7294829

THOMAS PRESSLEY

    vs.             Docket No. _5520-92_

THE DISTRICT OF COLUMBIA

EXHIBIT 2

1.    Thomas Pressley
     1309 Wallach Place, N.W.
     Washington, D.C.  20009

2.    This property has been over-taxed since 1983.  From 1989 to
     1992, I have been paying $547.28 each year, for a total of
     $1,641.84.

     1983 assessed value $42,708 -- 1984...........$44,843
     1989     "     "   $58,829 -- 1990...........$70,005
     1991     "     "   $87,506 -- 1992.........$125,506

3.    The question is, where is the gold mine?  There has been no
     major improvement on this house.  The roof leaks, the plaster
     is falling off the ceiling and walls.

4.    This property was purchased in 1956 and was valued at a price
     of $6,500.00.  The owner wanted $10,000 and that is what we
     agreed to pay him, and that is what we  paid tax on at .03% on
     the $1,000, which was $30.00 on the sale price.

5.    The properties that join this one starts with 1305 which is
     abandoned; 1307 which is boarded up and 1311 is not livable,
     all the windows are broken.

6.    As of 1993, I will give to the D.C. Government ten (10) times
     the amount paid at the time of purchase which was .03%, which
     will amount to approximately $300, and not one cent more.

The Tax for 1991 Was paid 547.28
The tax for 1992 is not paid because
they are to high and I want you
to give me a reason why so.

Phone # 483-5236

Thomas Pressley



Back Room
Ceiling

open ceiling

Photo taken in may 4 1993

Assessed $125,000

Leaky Roof
later fell



| DATE | BLDG. | SQUARE | SUFF. | LOT | PROPERTY ADDRESS | | |
|------|-------|--------|-------|-----|------------------|---|---|
| 05-01-96 | X | 0237 | | 0167 | 1309 WALLACH PL | NW | |
| DESCRIPTION | | | TAX/ASSESSMT | PENALTY | INTEREST | TOTAL | |
| | | | | | | | |
| | | | | | | | |
| 1993 TAX SOLD 1994 | | | 840 75 | | 309 83 | 1,150 58 | |
| 9/15/93 SOLD 1995 | | | 590 62 | | 100 41 | 691 03 | |
| 1994 TAX SOLD 1995 | | | 1,478 75 | | 162 67 | 1,641 42 | |
| (1000) 1995 Real Prop. Tax | | | 249 48 | 24 94 | 27 44 | 301 86 | |
| (1332) Nuisance | | | | | | | |
| (KA 2591) Clean It or Lien It | | | | | | | |
| (1456) Public Space Rental | | | | | | | |
| (1294) Water & Sewer | | | | | | | |
| (1320) Defective Check Charge | | | | | | | |

**FINAL DELINQUENT REAL PROPERTY TAX NOTICE AND BILL PRIOR TO TAX SALE**

| Total Due | 3,784 89 |
|-----------|----------|

SEE REVERSE SIDE FOR
ADDITIONAL INFORMATION

H & T PRESSLEY

1309 WALLACH PL NW
WASHINGTON          DC    20009

0237      0167 96-4-100837

**The Above Property Will Be Advertised For Tax Sale Unless
The Total Amount Due is Paid By:    MAY 31, 1996**

FP184A 755                                      TAXPAYER COPY A



MARION BARRY, JR.
Mayor
**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

222

★ ★ ★

**REAL PROPERTY TAX BILL**
DEPARTMENT OF FINANCE AND REVE
P.O. BOX 210
WASHINGTON, D.C. 20044

| SQUARE | SUFFIX | LOT | PROPERTY ADDRESS | MORTGAGE NO. | TOTAL ASSESSMENT AT MARKET VALUE | TAX RATE PER $100 | TOTAL TA |
|--------|--------|-----|------------------|--------------|----------------------------------|-------------------|----------|
| 0237 | | 0167 | 1309 WALLACH PL NW | | 58787 | .96 | 27 |

H & T PRESSLEY
1309 WALLACH PL NW
WASHINGTON        DC     20009

| PAYMENT DUE BY | SEP 15 96 | AMOUNT DUE | 4,227 |

*Exhibit 7*

0237        0167    962013593

PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT

MARION BARRY, JR.
Mayor
**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

★ ★ ★

**REAL PROPERTY TAX BILL**
DEPARTMENT OF FINANCE AND REVEN
P.O. BOX 210
WASHINGTON, D.C. 20044

| SQUARE | SUFFIX | LOT | PROPERTY ADDRESS | | MORTGAGE NO. | TOTAL ASSESSMENT AT MARKET VALUE | TAX RATE PER $100 | TOTAL TAX FOR YEAR |
|--------|--------|-----|------------------|---|--------------|----------------------------------|-------------------|--------------------|
| 0237 | | 0167 | 1309 WALLACH PL   NW | | | 58787 | .96 | 27 |
| | | | DESCRIPTION | TAX | PENALTY | INTEREST | | TOTAL |

**TAX YEAR 1996 IS OCTOBER 1, 1995 THRU SEPTEMBER 30, 1996 CLASS 1**

| Description | TAX | PENALTY | INTEREST | TOTAL |
|-------------|-----|---------|----------|-------|
| 1996 FIRST HALF TAX | | | | |
| 1996 SECOND HALF | 138.18 | 13.82 | 8.29 | 160.2 |
| 1995 | 138.18 | | | 138.1 |
| 1994 | 319.85 | | 9.60 | 329.4 |
| SEPT. 15TH 1993 | 1,478.75 | | 221.82 | 1,700.5 |
| 1993 | 590.62 | | 124.04 | 714.6 |
| | 840.75 | | 343.46 | 1,184.2 |

THOMAS PRESSLEY
ANNIE M. WRIGHT
1309 WALLACH PL. NW.
WASHINGTON, DC   20009

THE HOMESTEAD

741

8/29  19 96

15-52
540

Pay to the order of *DC Treasurer*

*Two thousand Two hundred twenty seven and* $ 2,227.36   Dollars

**CRESTAR**
Crestar Bank N.A.
Washington, DC

THIS BILL REF
TAX, PENALTY

*SQ 237 Lot 167*

*Thomas Pressley*

, 1996

IF YOU PAY YC
NAT L BANK IN

⑆054000522⑆ 8072488 35⑈ 0741

NION
AYMENT

**56.6% OF YOUR TAX YEAR 1996 REAL PROPERTY TAX IS USED TO PAY THE
GENERAL OBLIGATION BONDS DEBT SERVICE REQUIREMENT.**

| | TAXPAYER'S RECORD | | PAYMENT DUE BY | SEP 15 96 | AMOUNT DUE | 4,227. |
|---|-------------------|---|----------------|-----------|------------|--------|
| | | IF PAID AFTER | SEP 15 96 | PAYMENT DUE BY | OCT 15 96 | AMOUNT DUE | 4,276. |

04    5

*go To Exhibit 71 P.*

---

THOMAS PRESSLEY
ANNIE M. WRIGHT
1309 WALLACH PL. NW.
WASHINGTON, DC 20009

627

10/4 1994

15-52
540

Pay to the order of *D. C. Treasurer*    $ 300.00

*Three hundred and — — — — — — —* Dollars

**CRESTAR**
Crestar Bank N.A.
Washington, DC

*SS 237 Lot 167*    *Thomas Pressley*

⑆054000522⑆ 807248835⑈ 0627

*They go $300.00 Every year*

---

THOMAS PRESSLEY
ANNIE M. WRIGHT
1309 WALLACH PL. NW.
WASHINGTON, DC 20009

569

11/8 1993

15-52
540

Pay to the order of *D. C. Treasurer*    $ 300.00

*Three hundred and — — — — — —* Dollars

**CRESTAR**
Crestar Bank N.A.
Washington, DC

*Rest. [...] 237-167*    *Thomas Pressley*

⑆054000522⑆ 807248835⑈ 0569





DARRYL COLEMAN
1001/1   048888
951108 000000027516394 30000
9607300991 WS:idwl OPR:KXK

RHODE ISLAND AVENUE
CDC-6015

APR-17-1997  15:53                    BREEN CAPITAL GROUP                609 987 8649    P.02

**Breen Capital Services Corporation**
740 15th St., NW., 3rd Floor
Washington, D.C. 20005
202-637-7558
Facsimile #202-637-7540

## PAYOFF STATEMENT



4/17/97

ATTN: NANCY PANDA
VIA FACSIMILE #202-434-6464

Breen #: DC101008805
Square/Suffix/Lot: 0237--0167
Property Address: 1309 WALLACH PL NW

Sold to: District of Columbia Tax Lien Certificate Trust
c/o Breen Capital Services Corporation

Assignment Date:      9/30/96
Closing Date:        11/20/96

PLEASE FOLLOW THE FOLLOWING INSTRUCTIONS TO PAYOFF THE DELINQUENT TAXES
LISTED BELOW.

PAYMENT SHOULD BE IN THE FORM OF A CHECK OR MONEY ORDER AND SHOULD BE
MADE PAYABLE TO *FIRST UNION NATIONAL BANK, TRUSTEE*. MAIL YOUR PAYMENT TO
THE FOLLOWING ADDRESS or MAKE YOUR PAYMENT AT ANY FIRST UNION NATIONAL
BANK IN THE DISTRICT:

        FIRST UNION NATIONAL BANK
        C/O BREEN CAPITAL SERVICES CORP.
        P.O. BOX 85080
        RICHMOND, VA 23285-4215

PLEASE REFERENCE THE SQUARE/SUFFIX/LOT ON YOUR PAYMENT AND RETURN IT
WITH THE COUPON BELOW.

PLEASE DETACH THIS COUPON AND RETURN IT WITH YOUR PAYMENT

9 "

P's

*that Tax Man
Don't have any
Power to take
and Sell any
CitiZen
house and
Sell it With
Due Process of
Law.
This $624.970
house after He
tax me out of it
every thing in it
Will Go in the Dumster
Why Dont you
use your
Power.
He does not
have any
Pawe over
you
use it.*

Mr. Thomas Pressley
1309 Wallach Pl Nw
Washington, DC  20009-4450



## D.C. PROPERTY ASSESSMENTS
### CHANGES FOR OWNER-OCCUPIED RESIDENCES FROM 1992 TO 1993

| Area | Change |
|---|---|
| Michigan Park | 14.0% |
| Marshall Heights | 12.0% |
| Chillum | 11.9% |
| Le Droit Park | 10.3% |
| Riggs Park | 9.1% |
| Congress Heights | 8.8% |
| Petworth | 8.6% |
| Takoma Park | 8.6% |
| 16th St. Heights | 8.3% |
| Wakefield | 7.6% |
| Brentwood | 7.1% |
| Garfield | 7.0% |
| Lily Ponds | 6.4% |
| Barry Farms | 6.0% |
| Brightwood | 5.7% |
| Randle Heights | 5.5% |
| Old City #2 | 5.0% |
| Eckington | 4.3% |
| Hawthorne | 4.1% |
| R.L.A. (NW) | 4.0% |
| Kent | 4.0% |
| North Cleveland Park | 3.9% |
| Columbia Heights | 3.2% |
| Anacostia | 3.1% |
| Deanwood | 3.0% |
| Fort Dupont Park | 3.0% |
| Hillcrest | 3.0% |
| Woodridge | 3.1% |
| Shepherd Park | 3.0% |
| Fort Lincoln | 2.5% |
| Kalorama | 1.8% |
| R.L.A. (SW) | 1.5% |
| Old City #1 | 1.4% |
| Brookland | 1.3% |
| Mass. Ave. Heights | 0.9% |
| Central | 0.3% |
| Cleveland Park | 0.3% |
| Foggy Bottom | 0.3% |
| Woodley | 0.3% |
| Colonial Village | 0.2% |
| Crestwood | 0 |
| Trinidad | 0 |
| Spring Valley | -0.6% |
| Foxhall | -2.0% |
| Barkley | 2.5% |
| Wesley Heights | 2.6% |
| Glover Park | 2.7% |
| Forest Hills | 3.5% |
| American University Park | 3.6% |
| Burleith | 3.7% |
| Palisades | 3.9% |
| Chevy Chase | 6.2% |
| Capitol Hill | 6.4% |
| Mount Pleasant | 6.8% |
| Georgetown | 9.4% |
| Observatory Circle | 10.5% |

SOURCE: D.C. Office of Finance and Revenue

BY TOBEY—THE WASHINGTON POST

*I set This trap
Just for Him
I could not prove
it until He Put MY
house on sale this
year, He is not
assessing the house
it is the neighborhood
been assed.
not the house
because they will
Put a Dumster
out Front
and Put every thing
in my house in the
Dumpster.*

## Longtime Of

### By Gabriel Escobar
#### Washington Post Staff Writer

Charles R. Bacon, a 24-year District police veteran, was promoted to deputy chief last week and officially assumed command of the 6th District.

Addressing an audience that included 16 other police officers who were promoted to the ranks of lieutenant, captain and inspector, Bacon endorsed the department's community-oriented policing program and urged colleagues to "provide leadership through example."

The promotion ceremony, held at Jefferson Junior High School in Southwest Washington, was the second in less than three months and continues a changing of the guard at the police district level. In less than one year, five of the city's

## Mayor's Ea

### By James Ragland
#### Washington Post Staff Writer

Two years ago, the Coalition of C Citizens for a Better D.C. gave r candidate Sharon Pratt Kelly th endorsement of her year-old campaig

The group's director, John C. Wom turned his lawn in Northeast Washing political platform for Kelly, who tha trip for its endorsement and urged on board.

Kelly's aides lauded the backing of t 75-member research group as an exam grass-roots support Kelly was trying to

Now, however, Womble has turne attention to another cause. He is the campaign manager for the Committee Recall Mayor Sharon Pratt Kelly.

Reginald Davis, 22, a college stude the recall effort seven weeks ago.

"I was going to start a recall myse said there's no sense being redundar Womble, 55. "So we joined forces w

Womble and Curtis Pree, an advise when she was campaigning, said the r campaign is opening headquarters thi 1930 Martin Luther King Jr. Ave. SE

The group also began soliciting f contributions this week, and plans t satellite offices in the three other q of the city, Pree said.

## Tax Bill Disparity Decried

### ASSESSMENTS, From Page 1

credit for high-priced properties has been tighter than normal.

The assessment increases in low-cost areas amount to "a market reflection of the failure of the region as

downturn. They contend that city assessors are doing their calculations by unfairly comparing houses in unlike neighborhoods.

Tax specialist Marie Drissell will hold two free workshops this month on how to fill out a property assess-

**UNIFORM RESIDENTIAL APPRAISAL REPORT**
File No. 7-1098PR

## Valuation Section

| | | |
|---|---|---|
| ESTIMATED SITE VALUE | = $ 42,000 | Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): |

ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS:

| | | | |
|---|---|---|---|
| Dwelling 1,473 | Sq. Ft. @$ 69.00 | = $ 101,637 | |
| 455 | Sq. Ft. @$ 10.00 | = 4,550 | |
| Fence,F/P | | 4,500 | |
| Garage/Carport | Sq. Ft. @$ | = | |
| Total Estimated Cost New | | = $ 110,687 | |
| Less | Physical | Functional | External |
| Depreciation | 25,823 | | =$ 25,823 |
| Depreciated Value of Improvements | | | =$ 84,864 |
| "As-Is" Value of Site Improvements | | | = 4,500 |
| INDICATED VALUE BY COST APPROACH | | | =$ 131,364 |

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| | 1309 Wallach Pl.N.W. | 1313 Florida Ave. | | 1340 Wallach Pl. | | 1231 S St. | |
| Address | Washington D.C. | N.W. | | N.W. | | N.W. | |
| Proximity to Subject | | 7 Blocks | | Same Block | | 2 Blocks | |
| Sales Price | $ N/A | $ 128,500 | | $ 137,500 | | $ 132,000 | |
| Price/Gross Living Area | $ ⌀ | $ 111.06 ⌀ | | $ 89.63 ⌀ | | $ 98.36 ⌀ | |
| Data and/or | Inspection | MLS,Public Records | | MLS,Public Records | | MLS,Public Records | |
| Verification Source | | | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. | DESCRIPTION | +(−)$ Adjust. |
| Sales or Financing | | F.H.A | | Conventional | | Conventional | |
| Concessions | | | | | | | |
| Date of Sale/Time | | 3/98 | | 3/98 | | 1/98 | |
| Location | Logan | Columbia Hgh | | Logan | | Logan | |
| Leasehold/Fee Simple | Fee | Fee | | Fee | | Fee | |
| Site | Attached | Attached | | Attached | | Attached | |
| View | Typical | Typical | | Typical | | Typical | |
| Design and Appeal | Row T/H/Ave. | Row T/H/Ave. | | Row T/H/Ave. | | Row T/H/Ave. | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 85 | 86 | | 82 | | 108 | |
| Condition | Average | Average | | Average | | Superior | −2,500 |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 8 3 1 | 6 3 2 | −2,500 | 6 3 1.5 | −1,500 | 5 2 2 | −2,500 |
| Gross Living Area | 1,473 Sq. Ft. | 1,157 Sq. Ft. | +6,000 | 1,534 Sq.Ft. | | 1,342 Sq. Ft. | +2,500 |
| Basement & Finished | Full | Full | −3,500 | Full | −3,500 | None | +3,000 |
| Rooms Below Grade | Unfinished | RR | | RR | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | HWRAD/No CAC | FWA/No CAC | | HWRAD/No CAC | | FWA/CAC | −2,500 |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | None | None | | None | | None | |
| Porch, Patio, Deck, | Fence,F/P | Cov. Porch | +1,500 | Fence,2 F/P | −2,500 | Cov. Porch | +1,500 |
| Fireplace(s), etc. | | Fence | | | | Fence | |
| Fence, Pool, etc. | | | | | | | |
| | Std. Kitchen | Std. Kitchen | | Std. Kitchen | | Std. Kitchen | |
| Net Adj. (total) | | [X]+ □− $ | 1,500 | □+ [X]− $ | 7,500 | □+ [X]− $ | 500 |
| Adjusted Sales Price | | | | | | | |
| of Comparable | | $ 130,000 | | $ 130,000 | | $ 131,500 | |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): Comparables #1 & #2 were given most consideration determining market value. All Comparables used are settled sales, and are considered the best available at the time of inspection.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data | Legal Recs. | Legal Recs. | Legal Recs. | Legal Recs. |
| Source, for prior sales | N/A | N/A | N/A | N/A |
| within year of appraisal | | | | |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:
N/A.

| | | |
|---|---|---|
| INDICATED VALUE BY SALES COMPARISON APPROACH | | $ 130,000 |
| INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier | | = $ |

This appraisal is made [X] "as is" □ subject to the repairs, alterations, inspections or conditions listed below □ subject to completion per plans & specifications.

Conditions of Appraisal: This is a summary report of a limited appraisal as defined by SR 2-2(b), USPAP.

Final Reconciliation: The Sales Comparison Approach measures actual buyer-seller activity in the market and is the most reliable indicator of residential market value. The Cost Approach provides good confirmation for new construction. The Income Approach was not developed due to lack of data.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised 6-93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 7/10/98 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 130,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature | Signature □ Did □ Did Not |
| Name John W. Christmas | Name Inspect Property |
| Date Report Signed 7/13/98 | Date Report Signed |
| State Certification # | State Certification # State |
| Or State License # RA 457 State N/A | Or State License # State |

Freddie Mac Form 70 6/93 — — PAGE 2 OF 2 — — Fannie Mae Form 1004 6-93

**Summary Appraisal Report** John Christmas

## UNIFORM RESIDENTIAL APPRAISAL REPORT   File No. 7-1098PR

**Property Description**

| | | | |
|---|---|---|---|
| Property Address 1309 Wallach Pl. N.W. | City Washington D.C. | State N/A | Zip Code 20009 |
| Legal Description Lot 167, Square 237 Old City #2 | | County N/A | |
| Assessor's Parcel No. 237/167 | Tax Year 97 | R.E. Taxes $ | Special Assessments $ 0 |

**SUBJECT**

| | | | |
|---|---|---|---|
| Borrower Pressley | Current Owner Pressley | Occupant [X] Owner | Tenant | Vacant |
| Property rights appraised [X] Fee Simple | Leasehold | Project Type | PUD | Condominium (HUD/VA only) | HOA $ | /Mo. |
| Neighborhood or Project Name Logan | | Map Reference 9 K 11 | Census Tract 44.00 |
| Sale Price $ N/A | Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller Unknown |
| Lender/Client Premier Financial | Address 10610 Rhode Island Ave. Beltsville, Md. 20705 |
| Appraiser John W. Christmas | Address 1457 Crofton Pkwy. Crofton, Md. 21114 |

**NEIGHBORHOOD**

| Location | [X] Urban | Suburban | Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|---|---|
| Built up | [X] Over 75% | 25-75% | Under 25% | | PRICE $(000) | AGE (yrs) | One family 92 | [X] Not likely | Likely |
| Growth rate | Rapid | [X] Stable | Slow | [X] Owner | 40 Low 20 | | 2-4 family 1 | In process |
| Property values | Increasing | [X] Stable | Declining | Tenant | 190 High 90 | | Multi-family 3 | To: |
| Demand/supply | Shortage | [X] In balance | Over supply | [X] Vacant (0-5%) | Predominant | | Commercial 4 | |
| Marketing time | Under 3 mos. | [X] 3-6 mos. | Over 6 mos. | Vac.(over 5%) | 110 75 | | Vacant | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: The neighborhood boundries are highlighted on the attached map.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): The subject neighborhood is made up of average quality attached and semi-detached row homes. Public transportation is available to employment centers. All facilities are available in the immediate area including churches, schools and shopping.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): Property values appear to be relatively stable at this time, demand and supply are in balance. Market time ranges between 3-6 months.

**PUD**

| | |
|---|---|
| Project Information for PUDs (if applicable) -- Is the developer/builder in control of the Home Owners' Association (HOA)? | Yes | No |
| Approximate total number of units in the subject project | Approximate total number of units for sale in the subject project |
| Describe common elements and recreational facilities: |

**SITE**

| | | | |
|---|---|---|---|
| Dimensions No Survey Available. | | Topography | Slightly Rolling |
| Site area 1,481 S.F. | Corner Lot Yes [X] No | Size | Average |
| Specific zoning classification and description Residential (R-5B) | | Shape | Rectangular |
| Zoning compliance [X] Legal | Legal nonconforming (Grandfathered use) | Illegal | No zoning | Drainage | Adequate |
| Highest & best use as improved: [X] Present use | Other use (explain) | View | Typical |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | Landscaping | Average |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Street | Asphalt | [X] | | Driveway Surface | None |
| Gas | [X] | | Curb/gutter | Concrete | [X] | | Apparent easements | None Noted |
| Water | [X] | | Sidewalk | Concrete | [X] | | FEMA Special Flood Hazard Area | Yes [X] No |
| Sanitary sewer | [X] | | Street lights | Yes | [X] | | FEMA Zone C | Map Date 6/18/87 |
| Storm sewer | [X] | | Alley | Yes | [X] | | FEMA Map No. 245208 0020 B | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): The site is typical for the area. There are no apparent adverse easements, encroachments, or other adverse conditions.

**DESCRIPTION OF IMPROVEMENTS**

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | |
|---|---|---|---|---|---|---|---|---|---|
| No. of Units | 1 | Foundation | Brick | Slab | | Area Sq. Ft. 455 | | Roof | |
| No. of Stories | 2 | Exterior Walls | Brick,Sdng | Crawl Space | | % Finished 0% | | Ceiling | |
| Type (Det./Att.) | Attached | Roof Surface | Comp Shgl | Basement | Partial | Ceiling Unfin. | | Walls | |
| Design (Style) | Row T/H | Gutters & Dwnspts. | Aluminum | Sump Pump No | | Walls Unfin. | | Floor | |
| Existing/Proposed | Existing | Window Type | Dbl. Hung | Dampness | None Noted | Floor Unfin. | | None | |
| Age (Yrs.) | 85 | Storm/Screens | Yes | Settlement | None Noted | Outside Entry Yes | | Unknown | [X] |
| Effective Age (Yrs.) | 14-15 | Manufactured House | No | Infestation | None Noted | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | 455 |
| Level 1 | | x | x | x | | | | | | x | | 769 |
| Level 2 | | | | | | | | 3 | 1 | | | 704 |

Finished area above grade contains: 8 Rooms; 3 Bedroom(s); 1 Bath(s); 1,473 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | Carpet/Aver. | Type | FWA | Refrigerator | [P] | None | [X] | Fireplace(s) # | | None | [X] |
| Walls | Dry,Pann/Ave. | Fuel | Gas | Range/Oven | [X] | Stairs | | Patio | | Garage | # of cars |
| Trim/Finish | Wood/Good | Condition | Aver. | Disposal | | Drop Stair | | Deck | | Attached | |
| Bath Floor | Cer,Vinyl/Ave. | COOLING | | Dishwasher | | Scuttle | | Porch | | Detached | |
| Bath Wainscot | Cer,Fibrgls/Av | Central | None | Fan/Hood | | Floor | | Fence | [X] | Built-In | |
| Doors | Wood/Ave. | Other | | Microwave | | Heated | | Pool | | Carport | |
| | | Condition | | Washer/Dryer | | Finished | | | | Driveway | |

Additional features (special energy efficient items, etc.): Additional features include Fenced Yard and a Fireplace in the Family Rm.

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: The Subject has been well maintained and is in average physical condition.

**COMMENTS**

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property: None Noted.

Form UA2 -- *TOTAL 2000* appraisal software by a la mode, inc. -- 1-800-ALAMODE

At This Point I shall do some thing
Dissrent. I shall write the mayor and
All of the council members

## Money Order

0040210

023926852

Pay To The Order Of
***DC Treasurer***

Date
12/03/2004

Dollars

*THREE HUNDRED DOLLARS AND 00 CENTS

$*********300.00

Sender  H Pressley

Address

For

**WACHOVIA**

Terms: Purchaser/Sender agrees to enter the name of a payee and sign
the instrument immediately upon purchase. Failure to do so will result in
the purchaser/sender bearing the risk of any loss or theft of the instrument.

**NON NEGOTIABLE**

CUSTOMER COPY

FROM THE PRIOR YEAR. THE CREDIT IS CALCULATED AS : (((24,776 - 50,000) - 100) % OF THE ASSESSMENT) AS - 0.50 - 0.0000)

* THE DISTRICT OF COLUMBIA HAS ENACTED A NEW LOW INCOME. LONG TERM HOMEOWNERS PROTECTION TAX CREDIT THAT CAN BE TAKEN ON YOUR INDIVIDUAL
INCOME TAX RETURN. BY MARCH 29, 2004, THE DC OFFICE OF TAX AND REVENUE WILL PROVIDE INSTRUCTIONS TO POTENTIAL ELIGIBLE PROPERTY OWNERS.
THE PROGRAM IS FOR LOW INCOME HOMEOWNERS LIVING IN THEIR HOMES FOR 7 OR MORE YEARS. FOR FURTHER INFORMATION, PLEASE CALL 202-727-4829.

$ 600.00 Total 2004 Tax

WACHOVIA BANK, N.A.

DEC 03 2004

40210
TELLER NO. 0053

For 2005
$1,137.28
MR MAYOR this man is out
of his mind is he crazy

3-3

**TAXPAYER'S RECORD**
SEE REVERSE SIDE FOR IMPORTANT INFORMATION
YOUNG, C.
FP-177 (REV. 2/99)

| | PAYMENT DUE BY | AMOUNT DUE |
|---|---|---|
| | Dec 3, 2004 | 518.96 |
| IF PAID AFTER: | PAYMENT DUE BY: Jan 3, 2005 | 525.77 |
| IF PAID AFTER: | PAYMENT DUE BY: Feb 3, 2005 | 532.59 |

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
EXECUTIVE OFFICE OF THE MAYOR

★ ★ ★

May 17, 2005

Thank you for writing Mayor Anthony Williams. We
appreciate your comments and care about your concerns.
This acknowledgement is in reference to your recent letter.

Your request has been forwarded to Amber Wilson, the
Mayor's point-of-contact at the Office of Tax & Revenue.
Please feel free to contact that office at (202) 442-6485 or
amber.wilson@dc.gov regarding the status of your request.

Thomas Pressley
1309 Wallach Place NW
Washington, DC 20009

Your correspondence has been assigned the following
EOM tracking number: 444476. Please refer to this
number when referencing this request.If you receive no
contact or reply from the agency within 5 business days,
please call (202) 727-1000. Give them the contact's name,
office and tracking number and ask for a point-of-contact
follow up

For future correspondence with the Mayor or to submit
your e-mail address for his database, please write to
mayor@dc.gov.

I DO NOT see any thing on this Document from the Mayors office that tell Mr. Black or Ms. foster to increase the value of my Property

I want a Judge and twelve 12 Jury come To this house to see what a $ 624970 house that was built in 1885



**COUNCIL OF THE DISTRICT OF COLUMBIA**
THE JOHN A. WILSON BUILDING
1350 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20004

July 27, 2005

Daniel Black, Director
941 North Capitol Street, N.E.
Washington, D.C. 20002

Dear Mr. Black:

Please find, attached, correspondence received by my office from Mr. Thomas Pressley, of 1309 Wallach Place, N.W., regarding the assessment of his property.

I am requesting that your office review the enclosed documents and contact Mr. Pressley at (202) 483-5236.
Sincerely,

Adrian M. Fenty
Councilmember, Ward 4

AMF/ss

AT. This Time they raised the Value of my home from $424.770 To $547,190 from $547,190 To 624.970 an Increase of $200.200 In Less than 3 years Please See Exhibits BB & BBA $122.420 Between $424770 an $547190 from $547190 added $77.780 Increased value To $624970 It got To be a gold mine or -an Oil Well In That Basement!

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**EXECUTIVE OFFICE OF THE MAYOR**

★ ★ ★

August 3, 2005

Thank you for writing Mayor Anthony Williams. We
appreciate your comments and care about your concerns.
This acknowledgement is in reference to your recent letter.

Your request has been forwarded to Amber Wilson, the
Mayor's point-of-contact at the Office of Tax & Revenue.
Please feel free to contact that office at (202) 442-6485 or
amber.wilson@dc.gov regarding the status of your request.

Thomas Pressley
1309 Wallach Place NW
Washington, DC 20009

Your correspondence has been assigned the following
EOM tracking number: 444476. Please refer to this
number when referencing this request.If you receive no
contact or reply from the agency within 5 business days,
please call (202) 727-1000. Give them the contact's name,
office and tracking number and ask for a point-of-contact
follow up

For future correspondence with the Mayor or to submit
your e-mail address for his database, please write to
mayor@dc.gov.





Between these 2 Documents MY Black and Ms. Foster
has increased the value of my Property by $122420
as of 2007 Ms. Arlette Assessment is $424,270 tax year
See Sept. 15th, 07 $2114.45 See Exhibit EE

Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue



**Real Property Tax Administration**

May 12, 2006

### Notice of Delinquency and Final Bill Prior to Tax Sale

According to District of Columbia tax records, you are the owner of the real property appearing on the enclosed **Final Delinquent Real Property Tax Bill Prior to Tax Sale** (bill). The taxes listed on this bill are in arrears.

We are notifying you that the subject property is scheduled to **be auctioned** at the July 2006 Tax Sale. To prevent this property from being advertised and auctioned, you must pay the taxes in arrears for tax year 2005 and any prior tax years appearing on the bill within 30 days from the date of this notice. Please act now to avoid this action and additional costs and expenses, including an attorney's fee.

Payment must be in the form of cash, certified check, cashier's check, or money order and must be paid at any Wachovia Bank in the District of Columbia. You must also bring the enclosed bill when making your payment.

Please be advised that this is the **LAST NOTICE** you will receive before a Tax Sale purchaser may proceed with court action to foreclose upon your right of redemption and receive a tax deed on this property.

After Tax Sale, you may still redeem the property at any time before a judgment is entered foreclosing your right of redemption. However, in order to redeem your property prior to such judgment, you must pay all taxes, including liabilities due to a taxing agency, and any allowable expenses of the Tax Sale purchaser, including legal fees.

If you have questions concerning this notice or the enclosed bill, please contact the Office of Tax and Revenue at (202) 727-4TAX (4829), visit us at 941 North Capitol Street, NE, 1 st Floor, Washington, DC 20002, or visit our Web site at www.taxpayerservicecenter.com under "Real Property Service Center".

Enclosure *Who authorized you to place a value on my property who ever you might be.*

The Honorable Anthony Williams
The Mayor of Washington, D.C.
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

August 30, 2006

Dear Mr. Mayor:

I, Thomas Pressley, of 1309 Wallach Place, N.W., Washington, D.C. 20009, have been a resident for the 50 years, since August of 1956--at this address and 7 years at my previous Washington, D.C. address. I was told that on July 12th of this year 2006, Mr. Daniel Black sold my house, so I am asking you, Sir, to summon three (3) people and myself to your office at your earliest convenience to discuss this matter.

I would respectfully request you invite the Honorable Eleanor H. Norton, Congresswoman of the House of Representatives, 2136 Rayburn Office Building, Washington, D.C. 20515; the second person, I would request you invite to this meeting would be, The Honorable Adrian Fenty, Ward 4, Council Member, 1350 Pennsylvania Avenue, Washington, D.C. 20004, third person I would like you to invite would be Mr. Daniel Black, Director of Revenue, 941 North Capitol Street, N.E., Washington, D.C. 20002 and finally myself, at the above address.

After reviewing, what you shall see, and having your input and opinion, I have several recommendations as to these repugnant, behind the scenes events, which had taken place with this illegal, illegitimate, real estate tax sale each year. This is news I cannot write, I must tell you, in person.

However, we have laws in this country to protect us from this kind of treatment and that law is the law in the United States of America's Constitution, Article 14, Section 1 and 5, which say, in part, ". . . no state shall make or enforce any law which shall abridge the Privileges or Immunities of citizens of the United States, nor shall any state deprive any person of Life, Liberty or Property without Due Process of Law. Section 5, ". . . The Congress shall have power to enforce, by appropriate legislation the provisions of the Article.

This matter is urgent. Thank you kindly, for your time and attention to this matter.

Sincerely,

Thomas Pressley

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

## EXECUTIVE OFFICE OF THE MAYOR



Office of the City Administrator

Thomas Pressley
1309 Wallach Place, NW
Washington, DC 20036

Thursday, September 7, 2006

Thomas Pressley:

Thank you for your recent correspondence to the Executive Office of the Mayor requesting assistance in correcting an issue with the property that was sold. Our office is reviewing your request and will follow up with the appropriate staff. We ask that you please allow us 30 days to send a final response.

Thank you,

Dana Bryson
Chief of Staff
Office of the City Administrator

★ ★ ★
Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

941 North Capitol Street, NE
Washington, DC 20002

# NOTICE OF PROPOSED REAL PROPERTY ASSESSMENT FOR TAX YEAR 2007
## This is NOT a tax bill.

Date of Notice: 03/01/2006

*BBA*

H Pressley
T Pressley
1309 Wallach Pl NW
Washington, DC 20009-4450

Proposed TY   2007        Tax Class   001
Assessor ID   253
Assessor Phone Number   202-442-6772
Notice Number: 3134257060207

| Square | Suffix | Lot | Neighborhood Code | Current (Tax Year 2006) Assessed Value | Proposed (Tax Year 2007) Assessed Value |
|--------|--------|-----|-------------------|----------------------------------------|------------------------------------------|
| 0237 | | 0167 | 040 | | |
| 1309 Wallach Pl NW | | | | Total  $547,190 | Total  $624,970 |

Your real property located in the District of Columbia has been assessed for real property taxation purposes. An analysis of local real estate market conditions has resulted in the above proposed assessed value. D.C. Official Code § 47-820(b-2) requires that all real property in the District of Columbia be reassessed every year. This Notice of Proposed Real Property Assessment for Tax Year 2007 is the District of Columbia's estimate of the assessed value of your property as of January 1, 2006.

## Homestead Benefit and Other Tax Relief
If you own and occupy your home, you may qualify for the District's Homestead benefit. The Homestead benefit this year is $552.00, based on the current tax rate. To be eligible for the Homestead benefit, you must be domiciled in the District and the property must be your principal place of residence. If you are currently receiving tax relief through the Homestead program but you are not domiciled in the District and the property is not your principal place of residence, you are obligated to inform the Office of Tax and Revenue (OTR) of same. To inform OTR of your ineligibility, access our Internet site at www.cfo.dc.gov, complete the necessary form, and return it to OTR per its instructions; you may also write to OTR at the address below. There are other programs offering substantial benefits to senior citizens, disabled citizens and first-time homebuyers. Information about the foregoing and other real property tax relief programs, as well as information specific to your property and sales listings for your neighborhood, may be found on our Internet site (click on *Taxpayer Services, Real Property Tax Service Center* and then *Tax Relief Programs*), or you may contact your assessor at his or her telephone number listed above.

## Tax Cap Credit
There is a tax cap credit in the District of Columbia for owner-occupied residential properties that receive the Homestead benefit. The tax cap credit generally limits the increase in real property taxes to 10% of the previous year's tax bill. The tax cap credit does not reduce the assessed value of your property on the tax rolls or on your assessment notice, but it appears as an automatic credit on the tax bill. You should note that the credit will not apply to property that during the prior year: 1) was sold or transferred to a new owner; 2) had a zoning change initiated by the owner; 3) contained an erroneous prior value due to calculation or measurement errors; or 4) was assessed under DC Official Code § 47-829 (*e.g.*, major renovation or new construction). Additional exclusions apply to housing cooperatives. Please visit our Internet site for a more detailed explanation of the tax cap credit and how you can calculate the benefit of the tax cap credit for your own property.

## Your Assessment Appeal Rights
Your rights to appeal this Notice of Proposed Real Property Assessment for Tax Year 2007 are detailed in DC Official Code § 47-825.01(f-1). Briefly, either a property owner, a duly authorized agent of a property owner, or a person with a significant interest in the property (*e.g.*, a long-term lessee) has the right to appeal the property's proposed assessed value, classification or equalization on or before **April 1, 2006.** Appeal applications may be obtained from public libraries, fire stations, OTR, and our Internet site.

**First Level of Appeal:**   You meet with your assessor from OTR's Real Property Assessment Division to discuss the basis of the proposed assessment. You may present information and data regarding the value of your property or its classification, and having such relevant documents with you when you meet with the assessor may assist you in making your appeal successful. To make a First Level of Appeal, you must file an appeal application on or before **April 1, 2006.** After you and your assessor meet, the assessor will mail to you his or her decision.

**Second Level of Appeal:**   If you are not satisfied with the assessor's decision from the First Level of Appeal, you may appeal to the Board of Real Property Assessments and Appeals (BRPAA). You have **thirty days** from the date of the assessor's decision from the First Level of Appeal to appeal to BRPAA. BRPAA will not accept an appeal unless there has been a First Level of Appeal.

**Third Level of Appeal:**   If you are not satisfied after the BRPAA hearing, an appeal may be taken to the Superior Court of the District of Columbia. The Superior Court of the District of Columbia will not accept an appeal unless there has first been an appeal to BRPAA.

Failure to timely adhere to any of the above referenced deadlines will result in a waiver of appeal rights. To receive additional information, you may access the website listed above, write to the Office of Tax and Revenue, Real Property Assessment Division, at PO Box 176, Washington, DC 20044, or call (202) 727-4TAX (4829).

SUPERIOR COUSUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

THOMAS PRESSLEY,          )
                               )
                               )
       Plaintiff,          )
                               )
     v.                  ) 2008 CA 000827 B
                               ) Judge Jennifer M. Anderson
                               ) Next Scheduled Event:
ARLETHA R. FOSTER,       ) Initial Conference: May 16, 2008 at 9:30 a.m.
                               )
                               )
       Defendant.        )

## ORDER CERTIFYING COMPLAINT TO THE TAX DIVISION

Upon consideration of defendant District of Columbia's Motion to Dismiss the Complaint

Or, In the Alternative, to Certify this Case to the Tax Division, and the opposition thereto, and it

appearing to the Court that good cause exists for the granting of that motion, it is this _____ day

of _____, 200____,

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the Complaint filed in this case be, and it is hereby, certified

to the Tax Division of this Court for all purposes.

_____
Judge Jennifer M. Anderson

*Tax Division ARLETHA R FOSTER*
*See Exhibit #2 Will come To This house To show A*
*Fraud Judge and 12 Jury $624,970 Value*
*In This house!*

 

Natwar M. Gandhi – Chief Financial Officer
Sherryl ~~Hobbs~~ Newman – Deputy Chief Financial Officer
Government of the District of Columbia

**REAL PROPERTY TAX BILL**
Office of Tax and Revenue
P.O. Box 98095 • Washington, DC 20090-8095

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 0237 | | 0167 | 1309 WALLACH PL NW | 0 | 425,270 | 0.88 | 2,188.77 |

Notice Number: 4919828070816

#BYNQJCZ
#0237 0000 0167 RPT2#
H PRESSLEY
T PRESSLEY
1309 WALLACH PL NW
WASHINGTON, DC 20009-4450

Amount Enclosed: $ ☐☐☐,☐☐☐,☐☐☐.☐☐

For Official Use Only:

| PAYMENT DUE BY: | Sep 15, 2007 | AMOUNT DUE: | 1,871.19 |
|---|---|---|---|

*$66.48 A Month turned into $176+ per mo to day*

1  0237    0167  072137502  0000187119

------PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT------

Notice Number: 4919828070816

**Tax Year 2007 is October 1, 2006 thru September 30, 2007 Class 001**

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 0237 | | 0167 | 1309 WALLACH PL NW | 0 | 425,270 | 0.88 | 2,188.77 |
| DESCRIPTION | | TAX | PENALTY | INTEREST | PAYMENT | | TOTAL |
| 2007 Second Half | | 1,871.19 | | | | | 1,871.19 |

*Please come see this $624,970 Rich People house*

*Please Tell me Where Will I get $176pot amont To give D.C government for Tax on a house that Was built in 1885 With Brick Sand and Lumber added Was Lime and Water. that all. I still have a Dirt floor in the basement.*

Total ... 1,871.19

Additional Information

• TO PAY YOUR TAX IN PERSON, YOU MUST PAY YOUR TAX BILL AT ANY WACHOVIA BANK IN WASHINGTON, DC.

• 40% OF YOUR TAX YEAR 2007 REAL PROPERTY TAX IS USED TO PAY THE GENERAL OBLIGATION BONDS DEBT SERVICE REQUIREMENT.

*DONT YOU EVER send me a tax bill instead You Pick up every thing that you own in that office clean out you desk and get out of that building because you are not civilize go back to the Jungle!*

**TAXPAYER'S RECORD**
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| Payment Due By: | Sep 15, 2007 | Amount Due: | 1,871.19 |
|---|---|---|---|
| Payment Due By: | Oct 15, 2007 | Amount Due: | 2,086.38 |
| Payment Due By: | Nov 14, 2007 | Amount Due: | 2,114.45 |

FP-177 (REV. 12/04)

F
08-536
RMC

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

### I (a) PLAINTIFFS

Thomas Pressley

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
**(EXCEPT IN U.S. PLAINTIFF CASES)**

Tele # 202 483 5236

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

1309 Wallach Pl NW
Washington D.C. 20009

### DEFENDANTS

ARLETHA R FOSTER

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-00536
Assigned To : Collyer, Rosemary M.
Assign. Date : 3/28/2008
Description: Pro Se General Civil

JURY ACTION

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

□ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| □ A. *Antitrust* | □ B. *Personal Injury/ Malpractice* | □ C. *Administrative Agency Review* | □ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>**Social Security:**<br>□ 861 HIA ((1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>**Other Statutes**<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>□ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### ☒ E. *General Civil (Other)* OR ☒ F. *Pro Se General Civil*

| Real Property<br>□ 210 Land Condemnation<br>□ 220 Foreclosure<br>□ 230 Rent, Lease & Ejectment<br>□ 240 Torts to Land<br>□ 245 Tort Product Liability<br>□ 290 All Other Real Property<br><br>Personal Property<br>☒ 370 Other Fraud<br>□ 371 Truth in Lending<br>□ 380 Other Personal Property Damage<br>□ 385 Property Damage Product Liability<br><br>Bankruptcy<br>□ 422 Appeal 28 USC 158<br>□ 423 Withdrawal 28 USC 157 | Immigration<br>□ 462 Naturalization Application<br>□ 463 Habeas Corpus- Alien Detainee<br>□ 465 Other Immigration Actions<br><br>Prisoner Petitions<br>□ 535 Death Penalty<br>□ 540 Mandamus & Other<br>□ 550 Civil Rights<br>□ 555 Prison Condition<br><br>Property Rights<br>□ 820 Copyrights<br>□ 830 Patent<br>□ 840 Trademark<br><br>Federal Tax Suits<br>□ 870 Taxes (US plaintiff or defendant | □ 871 IRS-Third Party 26 USC 7609<br><br>Forfeiture/Penalty<br>□ 610 Agriculture<br>□ 620 Other Food &Drug<br>□ 625 Drug Related Seizure of Property 21 USC 881<br>□ 630 Liquor Laws<br>□ 640 RR & Truck<br>□ 650 Airline Regs<br>□ 660 Occupational Safety/Health<br>□ 690 Other<br><br>Other Statutes<br>□ 400 State Reapportionment<br>□ 430 Banks & Banking<br>□ 450 Commerce/ICC Rates/etc. | □ 460 Deportation<br>□ 470 Racketeer Influenced & Corrupt Organizations<br>□ 480 Consumer Credit<br>□ 490 Cable/Satellite TV<br>□ 810 Selective Service<br>□ 850 Securities/Commodities/ Exchange<br>□ 875 Customer Challenge 12 USC 3410<br>□ 900 Appeal of fee determination under equal access to Justice<br>□ 950 Constitutionality of State Statutes<br>□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act) |

1

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 USC 1783*

---

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $** *815000.00*    Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES   ☐ NO    If yes, please complete related case form.

**DATE** *3/28/08*    **SIGNATURE OF ATTORNEY OF RECORD** *Thomas W Ressley*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

