UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS PRESSLEY

  Plaintiff
  v.

Arletha R. Foster

Case: 1:08-cv-00536
Case Assigned To: RMC

## AFFIDAVIT OF SERVICE

I, Thomas Pressley mailed the summons and complaint registered mail to Arletha R. Foster, Assessor of Revenue, 941 Norch Capitol Street, NE on Washington, D.C. 20002 _____
                Date Mailed

Signature: Thomas Pressley
THOMAS PRESSLEY
1309 Wallach Place, N.W.
Washington, D.C. 20009
(202) 483-5236
Pro Se

RECEIVED
MAY - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT